1

2

3

4                           **UNITED STATES DISTRICT COURT**

5                                 **DISTRICT OF NEVADA**

6                                          * * *

7    UNITED STATES OF AMERICA,

8                          Plaintiff,            Case No. 2:05-CR-00083-KJD-GWF
                                                2:15-CV-00875-KJD
9             v.

10   THOMAS ERIC CONMY,                                      **ORDER**

11                         Defendant.

12

13          Before the Court is Defendant's Motion Pursuant to 28 U.S.C. § 2255(f)(4) (#144). Also

14   before the Court is Defendant's Motion for Discovery (#145).

15   I. Background

16          In 2006, a jury convicted Defendant of possession with the intent to distribute a

17   controlled substance, manufacture of methamphetamine, and possession of a firearm by a

18   convicted felon (#63). Defendant received two life sentences for the drug-related charges and

19   120 months imprisonment for the firearms violation (#80). Defendant appealed (#82), but the

20   Ninth Circuit upheld this Court's judgment (#95).

21          Defendant filed a § 2255 motion (#100) and an amended § 2255 motion (#104). The

22   Court denied both motions (#114). Defendant appealed the Court's decision (#120). The Ninth

23   Circuit dismissed Defendant's appeal (#127).

24          Nearly a year later, Defendant filed a complaint in the District of Colombia (#1 in 2:15-

25   cv-00495-KJD-VCF). The District noted that Defendant's claims properly arose under 28 U.S.C.

26   ///

§ 2255 and transferred the case to the District of Nevada (#4 in 2:15-cv-00495-KJD-VCF). Defendant asked this Court to construe his complaint as a § 2255 motion (#7 in 2:15-cv-00495-KJD-VCF). The Court did so, but denied the § 2255 motion because it was not properly certified as required by 28 U.S.C. § 2255(h) (#9 in 2:15-cv-00495-KJD-VCF). Defendant then filed the present motions.

II. Analysis

This is Defendant's third § 2255 motion filed with this Court. 28 U.S.C. § 2255 provides that:

> (h) A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain—
>
> > (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
> >
> > (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

As this Court previously noted,[1] the Ninth Circuit has not certified a second or successive motion. The Court consequently denies Defendant's third § 2255 Motion. Because Defendant's third § 2255 Motion is denied, Defendant's Motion for Discovery is moot.

III. Conclusion

Accordingly, it is **HEREBY ORDERED** that Defendant's Motion Pursuant to 25 U.S.C. § 2255(f)(4) (#144) is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's Motion for Discovery (#145) is **DENIED** as moot;

///

///

_____

[1] See #9 in 2:15-cv-00495-KJD-VCF.

2

**IT IS FURTHER ORDERED** that Defendant is **DENIED** a certificate of appealability.

DATED this __11th__ day of June 2015.

Kent J. Dawson
United States District Judge