UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC THOMAS CONMY,<br><br>　　　　　　Defendant, | Case No. 2:05-CR-00083-KJD-GWF<br><br>ORDER |

　　　　Presently, before the Court is Defendant Eric Thomas Conmy's Motion for Reconsideration and Request for Discovery (#148) pursuant to 28 U.S.C. § 2255(f)(4). Plaintiff United States of America filed a response (#149).

I. Background

　　　　In 2006, a jury convicted Defendant of possession with the intent to distribute a controlled substance, manufacture of methamphetamine, and possession of a firearm by a convicted felon (#63). Defendant received two life sentences for the drug-related charges and 120 months imprisonment for the firearms violation (#80). Defendant appealed (#82), but the Ninth Circuit upheld this Court's judgment (#95).

　　　　Defendant filed a § 2255 motion (#100) and an amended § 2255 motion (#104). The Court denied both motions (#114). Defendant appealed the Court's decision (#120). The Ninth Circuit dismissed Defendant's appeal (#127).

　　　　Nearly a year later, Defendant filed a complaint in the District of Colombia (#1 in 2:15-cv-00495-KJD-VCF). The District noted that Defendant's claims properly arose under 28 U.S.C.

§ 2255 and transferred the case to the District of Nevada (#4 in 2:15-cv-00495-KJD-VCF). Defendant asked this Court to construe his complaint as a § 2255 motion (#7 in 2:15-cv-00495-KJD-VCF). The Court did so, but denied the § 2255 motion because it was not properly certified as required by 28 U.S.C. § 2255(h) (#9 in 2:15-cv-00495-KJD-VCF). Defendant then filed a Motion to Vacate pursuant to 28 U.S.C. §2255(f)(4) (#144) as well as a Motion for Discovery (#145) on June 6, 2015. The court denied Defendant's Motion pursuant to 28 U.S.C. § 2255(h).

II. Analysis

This is Defendant's fourth § 2255 motion filed with this Court. 28 U.S.C. § 2255 provides that:

> (h) A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain—
>
> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

As this Court previously noted,[1] the Ninth Circuit has not certified a second or successive motion. The Court consequently denies Defendant's fourth § 2255 Motion. Because Defendant's fourth § 2255 Motion is denied, Defendant's Motion for Discovery is moot.

III. Conclusion

Accordingly, it is **HEREBY ORDERED** that Defendant's Motion Pursuant to 28 U.S.C. § 2255(f)(4) (#148) is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's Motion for Discovery (#148) is **DENIED** as moot;

///

///

---

[1] See #9 in 2:15-cv-00495-KJD-VCF.

2

1     **IT IS FURTHER ORDERED** that Defendant is **DENIED** a certificate of appealability.

2     DATED this __21st__ day of September 2015.

                                                          _____

                                                          Kent J. Dawson
                                                          United States District Judge