RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Thomas Eric Conmy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>THOMAS ERIC CONMY,<br><br>       Defendant. | Case No. 2:05-cr-00083-KJD-GWF<br><br>**JOINT STATUS REPORT IN RESPONSE TO ORDER (ECF NO. 194)** |

The parties, Jason M. Frierson, United States Attorney, and Jim Fang, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Thomas Eric Conmy, file this instant status report in response to the Court's Order (ECF No. 194).

1. The parties are requesting the opportunity to file supplemental briefing and are proposing that supplements be due on January 8, 2024.
2. Mr. Conmy is in custody and does not object to the parties' request.

DATED this 22nd day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By /s/ *Jim Fang*<br>JIM FANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS ERIC CONMY,<br><br>        Defendant. | Case No. 2:05-cr-00083-KJD-GWF |

**ORDER**

IT IS THEREFORE ORDERED that supplements shall be due by January 8, 2024.

DATED this 30th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE