RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Thomas Eric Conmy

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS ERIC CONMY,<br><br>  Defendant. | Case No. 2:05-cr-00083-KJD-GWF-1<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Thomas Eric Conmy, request that the due date for the Defendant and Government's Supplement to Motion for Compassionate Release (ECF Nos. 181,182), be extended from January 8, 2024, to January 22, 2024..

This Stipulation is entered into for the following reasons:

1. Undersigned defense counsel substituted as counsel for the defendant on November 29, 2023.

2. Defense counsel requires additional time to review records pertinent to Mr. Conmy's supplement to his motion for compassionate release.

3. Defendant does not oppose the continuance.

4. The parties agree to the continuance

This is the first request for a continuance of the supplement deadline.

DATED this 5th day of January 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Jim W. Fang<br>JIM W. FANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00083-KJD-GWF-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| THOMAS ERIC CONMY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of this Request to Extend Deadline for filing the Supplement to Motion for Compassionate Release, that the Defendant and Government's deadline to file the Supplement is extended to January 22, 2024.

DATED this __5th__ day of January 2024.

_____
UNITED STATES DISTRICT JUDGE

3