UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>         v.<br><br>THOMAS ERIC CONMY,<br><br>                                    Defendant. | Case No. 2:05-cr-00083-KJD-GWF<br><br>**ORDER – Granting Motion for Compassionate Release** |

   Presently before the Court is Defendant's Reply in Support of Supplemental Motion for Order Reducing Sentence (#210) and Plaintiff's Reply to Defendant's Supplement to His Second Request for Compassionate Release (#207). In a prior Order, the Court deferred ruling on Defendant's second motion for compassionate release until Defendant was appointed counsel and additional briefing was received. (#194). Having reviewed all submitted supplements, the Court finds that Defendant is entitled to a sentence reduction pursuant to U.S.S.G. 1B1.13(b)(6).

   As it stands, the Court is inclined to reduce Defendant's sentence to 262 months and allow the BOP to calculate whether Defendant will receive any good-time credits as contemplated by 18 U.S.C. § 3624. The Court will make its final sentencing determination at the forthcoming resentencing hearing.

   Accordingly, **IT IS HEREBY ORDERED** that Defendant's Second Motion for Compassionate Release (#182/181) is **GRANTED**, with the final sentencing determination to be made at a later date.

   **IT IS FURTHER ORDERED** that a resentencing hearing is set for March 19, 2024, at 9:30 a.m. in Courtroom 4A. The Court will permit final remarks from each side, and then it will make its final sentencing decision. In addition, while the Court would like Defendant present at the hearing, the Court will allow Defendant to waive his appearance if he so chooses.

Dated this 16th day of February 2024.

_____
Kent J. Dawson
United States District Judge