RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Thomas Eric Conmy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>THOMAS ERIC CONMY,<br><br>      Defendant. | Case No. 2:05-cr-00083-KJD-GWF<br><br>**Stipulation to Lift Stay of Judgment and Release Order**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Thomas Eric Conmy, that the stay of Mr. Conmy's judgment and release order be lifted.

This Stipulation is entered into for the following reasons:

1. On March 26, 2024, this Court reduced Mr. Conmy's life sentence to a sentence of time served. ECF No. 216. The Court stayed imposition of the amended judgment for 30 days in order to allow the United States Probation Office to conduct a prerelease investigation. *Id*.

2. As of the date of this filing, the USPO's prerelease investigation has concluded. The USPO in the Central District of California has approved Mr. Conmy's sister's residence as an appropriate residence. Transfer supervision in the Central District of California has been approved.

3. The parties thus respectfully request that the Court lift the previously imposed stay and enter its amended judgment/release order at this time.

This is the first request filed herein.

DATED this 24th day of April 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS ERIC CONMY,<br><br>　　　　Defendant. | Case No. 2:05-cr-00083-KJD-GWF<br><br>ORDER |

　　　　IT IS THEREFORE ORDERED that Mr. Conmy's judgment and release order be lifted.

　　　　DATED this 24th day April 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3